Bingham McCutchen LLP
ROBERT A. BRUNDAGE (SBN 159890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

*Counsel for Defendants*
*SureWest Telephone and SureWest Televideo*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA; VERIZON CALIFORNIA, INC.; SUREWEST TELEPHONE; and SUREWEST TELEVIDEO,<br><br>Defendants. | No. 2:14-CV-01257-MCE-CKD<br><br>**ORDER GRANTING SUREWEST TELEPHONE AND SUREWEST TELEVIDEO'S UNOPPOSED MOTION TO SEVER AND TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF ILLINOIS**<br><br>Judge: Chief Judge Morrison C. England, Jr.<br>Date: October 16, 2014<br>Time: 2:00 PM<br>Courtroom: 7<br>Action Filed: May 21, 2014 |

This matter is before the Court on the unopposed motion of Defendants SureWest Telephone and SureWest Televideo (collectively, "SureWest") to sever and to transfer venue to the United States District Court for the Central District of Illinois. Mot., Sept. 10, 2014, ECF No. 25. SureWest moves to sever the claims against it from this case and to transfer venue of those claims to the Central District of Illinois pursuant to Fed. R. Civ. P. 21 and 28 U.S.C. § 1404(a). Plaintiff and the remaining two Defendants, Pacific Bell Telephone Company and Verizon California, Inc., do not oppose SureWest's Motion. See ECF No. 32. In addition, all

1

**ORDER GRANTING SUREWEST TELEPHONE AND SUREWEST TELEVIDEO'S MOTION TO SEVER AND TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF ILLINOIS**

1  parties to this action ask that the Court decide the instant motion forthwith without oral

2  argument.  Id.  Having reviewed the motion and related documents, and by stipulation of all

3  parties, the Court finds the matter suitable for decision on shortened time and without oral

4  argument pursuant to Local Rules 144(e) and 230(g).  Therefore, the October 16, 2014, hearing

5  date for this motion is hereby **VACATED**.

6  For the reasons set forth in SureWest's Motion, the Court agrees that the Central District

7  of Illinois is a more convenient forum for adjudication of Plaintiff's claims against SureWest.

8  For good cause shown, the Court hereby **GRANTS** SureWest Telephone and SureWest

9  Televideo's Unopposed Motion to Sever and to Transfer Venue to the Central District of Illinois.

10  Accordingly, it is hereby **ORDERED**:

11  (1)  Plaintiff Sprint Communications Company L.P.'s claims against Defendants

12  SureWest Telephone and SureWest Televideo are hereby **SEVERED** pursuant to Federal Rule

13  of Civil Procedure 21;

14  (2)  It is further **ORDERED** this case is hereby **TRANSFERRED** to the United

15  States District Court for the Central District of Illinois, Urbana Division, as to Defendants

16  SureWest Telephone and SureWest Televideo only.  The Clerk of the Court is **DIRECTED** to

17  take all steps necessary to effectuate this transfer; and

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

**ORDER GRANTING SUREWEST TELEPHONE AND SUREWEST TELEVIDEO'S MOTION TO SEVER
AND TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF ILLINOIS**

1    (3)    After the transfer of the SureWest Defendants as set forth above, Sprint Communications Company L.P. **SHALL REMAIN** the Plaintiff and Verizon California, Inc. and Pacific Bell Telephone Company, doing business as AT&T California, **SHALL REMAIN** the Defendants in this action in this Court.

**IT IS SO ORDERED.**

Dated:  September 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT