HENRY WEISSMANN (SBN 132418)
henry.weissmann@mto.com
TAMERLIN J. GODLEY (SBN 194507)
tamerlin.godley@mto.com
MARGARET G. MARASCHINO (SBN 267034)
margaret.maraschino@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant VERIZON CALIFORNIA, INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA; VERIZON CALIFORNIA, INC; SUREWEST TELEPHONE; and SUREWEST TELEVIDEO, <br><br> Defendants. | Case No. 2:14-cv-01257-MCE-CKD <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME FOR VERIZON CALIFORNIA, INC TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. Morrison C. England, Jr, <br> Courtroom: #7 <br> Action Filed: May 21, 2014 |

## **STIPLULATION**

Plaintiff Sprint Communications Company L.P. ("Sprint") together with Defendant Verizon California, Inc. ("Verizon") stipulate and agree as follows:

WHEREAS, Verizon and Sprint have stipulated to extended Verizon's time to respond to the Complaint by twenty-eight (28) days to October 8, 2014 pursuant to Local Rule 144(a).

WHEREAS, Local Rules 143 and 144(a) provides that further extensions of time require the approval of the Court.

24533676.1

JOINT STIPULATION

WHEREAS, Sprint has brought effectively the same claims as set forth in the Complaint in this action against various Verizon entities in numerous jurisdictions throughout the country.

WHEREAS, Sprint and Verizon are engaged in active settlement discussions to resolve the dispute and avoid the necessity of litigation; however, a settlement has not yet been reached.

WHEREAS, as of today, Verizon and Sprint, as part of their ongoing settlement discussions and to streamline and consolidate the various litigations, have agreed to file a Motion to sever Sprint's claims against Verizon in this matter and to transfer those claims to the Eastern District of Missouri, pursuant to Rule 21 of the Federal Rules of Civil Procedure and 28 U.S.C. Section 1404.

WHEREAS, Sprint already has a lawsuit pending against MCI Metro Access Transmission Services, Inc. and MCI Communications Services, Inc. – two Verizon entities – in that district.  As a result, consolidation of all of the Verizon entities in the Eastern District of Missouri will provide a forum where Verizon can resolve all of their issues with Sprint.

WHEREAS, as part of the parties' agreement and in order to effectuate a more orderly progression of the litigation, the parties have further agreed to extend the time for Verizon to answer the Complaint in this action until October 15, 2014 in order to hopefully allow the Court time to resolve the Motion to sever and transfer, which will be filed without opposition and with a request to be reviewed on an expedited basis.

WHEREAS, Verizon and Sprint do not seek this extension for the purposes of delay but to allow the parties to facilitate the orderly consolidation of similar lawsuits, to conduct efficient settlement discussions, and to conserve the resources of the parties and the Court.

WHEREAS, all parties to this action have consented to this extension of time to respond.

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

Verizon's time to answer or otherwise respond to Sprint's Complaint will be extended for an additional 7 days, from October 8 until October 15, 2014.

1  Sprint and Verizon collectively request that the Court grant Verizon this additional time to
2  answer or otherwise respond to Sprint's Complaint.

   Respectfully submitted this 1st day of October, 2014.

DATED:  October 1, 2014            ALBORG MARTIN & BUDDE LLP
                                       DARRELL C. MARTIN
                                       DENAE H. BUDDE
                                       2121 N. California Blvd., Suite 1010
                                       Walnut Creek, CA 94596

                                   STEESE, EVANS & FRANKEL, P.C.
                                       CHARLES W. STEESE
                                       JOHN T. OSGOOD
                                       KIMBERLY A. SMILEY
                                       6400 S. Fiddlers Green Cir.,
                                       Suite 1820
                                       Denver, CO 80111


                                   By:    */s/ Charles W. Steese*
                                       Charles W. Steese
                                       As authorized on October 1, 2014

                                   Attorneys for Plaintiff SPRINT COMMUNICATIONS
                                   COMPANY L.P.


DATED:  October 1, 2014            MUNGER, TOLLES & OLSON LLP

24533676.1
-3-
JOINT STIPULATION

```
                              HENRY WEISSMANN
                              TAMERLIN J. GODLEY
                              MARGARET G. MARASCHINO
                              355 South Grand Avenue
                              Thirty-Fifth Floor
                              Los Angeles, California 90071-1560
                              Telephone:     (213) 683-9100
                              Facsimile:     (213) 687-3702


                              By:      /s/ Tamerlin J. Godley
                                     Tamerlin J. Godley

                              Attorneys for Defendant VERIZON CALIFORNIA,
                              INC.


DATED:  October 1, 2014       MAYER BROWN LLP
                                  MATTHEW H. MARMOLEJO
                                  350 South Grand Avenue
                                  25th Floor
                                  Los Angeles, CA 90071-1503
                                  213-229-9500-9483
                                  213-625-0248 (fax)


                              By:      /s/ Matthew H. Marmolejo
                                     Matthew H. Marmolejo
                                     As authorized on October 1, 2014

                              Attorneys for Defendant PACIFIC BELL TELEPHONE
                              COMPANY
```

## ORDER

IT IS SO ORDERED.

DATED:  October 8, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT