UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED
Jan 06, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

IN RE: INTRAMTA SWITCHED ACCESS
CHARGES LITIGATION                                                   MDL No. 2587

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 16, 2014, the Panel transferred 26 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Sidney A Fitzwater.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fitzwater.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of December 16, 2014, and, with the consent of that court, assigned to the Honorable Sidney A Fitzwater.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 30, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED A TRUE COPY
KAREN MITCHELL, CLERK

By s/ SHAKIRA TODD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS

December 30, 2014

IN RE: INTRAMTA SWITCHED ACCESS
CHARGES LITIGATION  MDL No. 2587

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 14−01961 | MCI Communications Services Incorporated et al v. Arizona Telephone Company et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 14−06965 | MCI Communications Services, Inc. et al v. Mpower Communications Corp et al |
| CAC | 2 | 14−09092 | CenturyLink Communications, LLC v. Verizon California Inc. |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 14−01257 | Sprint Communications Company L.P. v. Pacific Bell Telephone Company et al |
| CAE | 2 | 14−02070 | MCI Communications Services, Inc., et al. v. Pac−West Telecomm, Inc., et al. |
| **COLORADO** | | | |
| ~~CO~~ | ~~1~~ | ~~14−01659~~ | ~~Sprint Communications Company L.P. v. Level 3 Communications, LLC et al~~   Opposed 12/29/14 |
| **CONNECTICUT** | | | |
| CT | 3 | 14−00802 | Sprint Communications Company, L.P. v. Southern New England Telephone Co et al |
| CT | 3 | 14−01289 | MCI Communications Services, Inc. et al v. Charter Fiberlink − Michigan, LLC et al |
| **DELAWARE** | | | |
| ~~DE~~ | ~~1~~ | ~~14−00743~~ | ~~Sprint Communications Company L.P. v. Verizon Maryland LLC et al~~   Opposed 12/29/14 |
| ~~DE~~ | ~~1~~ | ~~14−01298~~ | ~~Sprint Communication Company LP v. Bright House Networks Information Services (Alabama) LLC et al~~ |
| DE | 1 | 14−01439 | Opposed 12/29/14 |

CenturyLink Communications LLC v. Verizon Delaware LLC et al

FLORIDA MIDDLE

| FLM | 8 | 14−02955 | Centurylink Communications, LLC v. Verizon Florida, LLC |

ILLINOIS CENTRAL

| ILC | 2 | 14−02104 | Sprint Communications Company LP v. Illinois Bell Telephone Company et al |
| ILC | 2 | 14−02232 | Sprint Communications Company v. Surewest Telephone et al |
| ILC | 3 | 14−03255 | Sprint Communications v. Surewest Kansas |

IOWA NORTHERN

| IAN | 3 | 14−03028 | Sprint Communications Company, LP v. Butler−Bremer Mutual Telephone Company et al |
| IAN | 3 | 14−03052 | MCI Communications Services, Inc et al v. Breda Telephone Corp et al |

IOWA SOUTHERN

| IAS | 4 | 14−00202 | Sprint Communications, L.P. v. Citizens Mutual Telephone Cooperative et al |

KENTUCKY WESTERN

| KYW | 3 | 14−00615 | MCI Communications Services, Inc. et al v. Brandenburg Telephone Company et al |

MICHIGAN EASTERN

| MIE | 2 | 14−12087 | Sprint Communications Company L.P. v. Michigan Bell Telephone Company et al |
| MIE | 2 | 14−13464 | MCI Communications Services, Inc. et al v. Clear Rate Communications, Inc. et al |

MICHIGAN WESTERN

| MIW | 1 | 14−00565 | Sprint Communications Company, LP v. ACE Telephone Company of Michigan, Inc. et al |

MISSOURI EASTERN

| MOE | 4 | 14−00850 | Sprint Communications Company L.P. v. Southwestern Bell Telephone Company et al |
| MOE | 4 | 14−01529 | MCI Communications Services, Inc. et al v. Big River Telephone Company, LLC et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 5 | 14−06049 | Sprint Communications Company L.P. v. K.L.M. Telephone Company et al |

NEBRASKA

| | | | |
|---|---|---|---|
| NE | 4 | 14−03181 | MCI Communications Services, Inc. et al v. Arlington Telephone Company et al |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 14−00905 | Sprint Communications Company L.P. v. Nevada Bell Telephone Company et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 14−05573 | MCI COMMUNICATIONS SERVICES, INC. et al v. ALLEGIANCE TELECOM OF NEW JERSEY et al |
| NJ | 2 | 14−07318 | CENTURYLINK COMMUNICATIONS, LLC v. VERIZON NEW JERSEY, INC. et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 14−01103 | MCI Communications Services, Inc. et al v. Berkshire Telephone Corporation et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 14−03453 | Sprint Communications Company, L.P. v. Verizon New England, Inc. et al |
| NYS | 1 | 14−07188 | MCI Communications Services, Inc. et al v. Alteva of Warwick LLC et al |
| NYS | 1 | 14−09376 | Centurylink Communications, LLC v. Verizon New England Inc. et al |

NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 14−00088 | MCI Communications Services, Inc. et al v. 360Networks (USA) Inc. et al |
| ~~ND~~ | ~~4~~ | ~~14−00065~~ | ~~Sprint Communications Company, L.P. v. Dakota Central Telecommunications Cooperative, Inc. et al~~ |

Opposed 12/29/14

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~14−00610~~ | ~~Sprint Communications Company L.P. v. Chillicothe Telephone Company et al~~   Opposed 12/29/14 |
| ~~OHS~~ | ~~2~~ | ~~14−01457~~ | ~~MCI Communications Services, Inc. et al v. The Chillicothe Telephone Company et al~~   Opposed 12/29/14 |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 1 | 14−00240 | MCI COMMUNICATIONS SERVICES, INC. et al v. ARMSTRONG TELECOMMUNICATIONS, INC. et al |

SOUTH DAKOTA

| | | | | |
|---|---|---|---|---|
| ~~SD~~ | 4 | ~~14−04099~~ | ~~Sprint Communications Company, L.P. v. Alliance Communications Cooperative, Inc. et al~~ | Opposed 12/23/14 |
| ~~SD~~ | 4 | ~~14−04139~~ | ~~MCI Communications Services, Inc. et al v. Alliance Communications Cooperative, Inc. et al~~ | Opposed 12/23/14 |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 14−01604 | CenturyLink Communications, LLC v. Verizon South, Inc. et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 14−00741 | Sprint Communications Company LP v. Wisconsin Bell Inc et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 14−00464 | Sprint Communications Company, L.P. v. Amherst Telephone Company et al |
| WIW | 3 | 14−00667 | Sprint Communications Company L.P. v. The Stoutland Telephone Company |